IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | CASE NO. 18-15449-AMC |
| | ) | |
| SHAKHANDA JIMENEZ | ) | |
| | ) | |
| Debtor/Movant. | ) | CHAPTER 7 |
| | ) | |
| vs. | ) | |
| | ) | |
| SANTANDER CONSUMER USA | ) | MOTION TO REDEEM PROPERTY |
| | ) | |
| Creditor/Respondent. | ) | |

**CERTIFICATION OF NO ANSWER,
OBJECTION, OR OTHER RESPONSIVE PLEADING**

1. That Stephen M. Dunne, Esquire, hereby certifies that a true and correct copy of the Debtor's Motion to Redeem Property and Notice of Hearing was served to all interested parties via Electronic Means or Via Regular Mail.

2. That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests and Order be entered.

Respectfully submitted,

Date: September 25, 2018

BY: /s/ *Stephen M. Dunne*
Stephen M. Dunne, Esquire
Dunne Law Offices, P.C.
1515 Market Street, Suite. 1200
Philadelphia, PA 19102
(215) 551-7109 Phone
(215) 525-9721 Fax