United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shakanda Jimenez  
    Debtor

Case No. 18-15449-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey                  Page 1 of 1                  Date Rcvd: Sep 26, 2018
                            Form ID: pdf900               Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.
db             +Shakanda Jimenez,    9 Deborah Avenue,    New Castle, DE 19720-3435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 27 2018 02:30:13     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 27 2018 02:29:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 27 2018 02:30:10     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: duffyk@co.delaware.pa.us Sep 27 2018 02:30:25     Delaware County Tax Claim Bureau,
                 Government Center,    201 W. Front Street,    Media, PA 19063-2708
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Shakanda  Jimenez bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau
               steve@bottiglierilaw.com, ecfnotice@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | CASE NO. 18-15449-AMC |
| | ) | |
| SHAKHANDA JIMENEZ | ) | |
| | ) | |
| | ) | |
| Debtor/Movant. | ) | CHAPTER 7 |
| | ) | |
| vs. | ) | |
| | ) | |
| SANTANDER CONSUMER USA | ) | MOTION TO REDEEM PROPERTY |

Creditor/Respondent.

**ORDER GRANTING REDEMPTION**

Upon the motion of the Debtor and there having been no responsive filing or objection within the time required, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtor:

Year: 2010   Make: Nissan   Model: Altima   Miles: 111,001   VIN #: 1N4AL2AP4AN520943

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtor's interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption amount" is $3,154.00.

**IT HEREBY ORDERED,**

**1.** That the Debtor may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following entry of this Order the redemption amount.

**2.** Reasonable attorney fees and financing are approved under the terms and conditions set forth herein.

**3.** Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor instruction.

**4**. In the event of the failure of the Creditor to so cancel its lien within three (3) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be canceled, and it is Ordered that the applicable County Clerk's Office shall cancel same of record.

**5.** In the event of the failure of the Debtor to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

**SO ORDERED** this  26th   day of  September         , 2018.

_____
Ashely M. Chan
United States Bankruptcy Judge

Copies to:
Creditor
U.S. Trustee
Chapter 7 Trustee