```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                              Case No. 18-15449-amc
Shakanda Jimenez                                                    Chapter 7
       Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0313-2          User: admin                  Page 1 of 2                  Date Rcvd: Dec 14, 2018
                              Form ID: 318                 Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
db             +Shakanda Jimenez,    9 Deborah Avenue,    New Castle, DE 19720-3435
14182595       +AES/PHEAA,    PO BOX 61047,   HARRISBURG, PA 17106-1047
14182596       +AES/ST FNDNG,    ATTN: BANKRUPTCY,    PO BOX 2461,    HARRISBURG, PA 17105-2461
14182598       +AES/ST FNDNG,    POB 61047,   HARRISBURG, PA 17106-1047
14182602       +CONDUENT/MEFA,    ATTN: CLAIMS DEPARTMENT,    PO BOX 7051,    UTICA, NY 13504-7051
14182603        CONDUENT/MEFA,    C/O ACS,   UTICA, NY 13501
14182607       +Equifax,   PO BOX 740241,    Atlanta, GA 30374-0241
14182609       +FEDLOAN SERVICING,    ATTN: BANKRUPTCY,    PO BOX 69184,    HARRISBURG, PA 17106-9184
14182611       +FEDLOAN SERVICING,    PO BOX 60610,    HARRISBURG, PA 17106-0610
14182620       +FREEDOM MORTGAGE CORPORATION,    10500 KINCAID DR,    FISHERS, IN 46037-9764
14182619       +FREEDOM MORTGAGE CORPORATION,    ATTN: BANKRUPTCY,    PO BOX 50428,    INDIANAPOLIS, IN 46250-0401
14202628       +FREEDOM MORTGAGE CORPORATION,    C/O KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106,    FREEDOM MORTGAGE CORPORATION 19106-1541
14182623       +LOANCARE LLC,    3637 SENTARA WAY,    VIRGINIA BEACH, VA 23452-4262
14182628       +PECO,   PO BOX 37629,    Philadelphia, PA 19101-0629
14182627       +PECO,   PO BOX 13439,    Philadelphia, PA 19101-3439
14182633        TransUnion,    PO BOX 1000,   Crum Lynne, PA 19022
14182637       +US DEPT OF EDUCATION,    PO BOX 5609,    GREENVILLE, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 15 2018 03:03:34     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2018 03:02:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 15 2018 03:03:26     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14182593       +E-mail/Text: bankruptcy@rentacenter.com Dec 15 2018 03:04:17     ACCEPTANCE NOW,
                 ATTN: ACCEPTANCENOW CUSTOMER SERVICE / B,    5501 HEADQUARTERS DR,    PLANO, TX 75024-5837
14182594       +E-mail/Text: bankruptcy@rentacenter.com Dec 15 2018 03:04:17     ACCEPTANCE NOW,
                 5501 HEADQUARTERS DR,    PLANO, TX 75024-5837
14182601        EDI: CAPITALONE.COM Dec 15 2018 07:53:00      CAPITAL ONE,    15000 CAPITAL ONE DR,
                 RICHMOND, VA 23238
14182600       +EDI: CAPITALONE.COM Dec 15 2018 07:53:00      CAPITAL ONE,    ATTN: BANKRUPTCY,    PO BOX 30285,
                 SALT LAKE CITY, UT 84130-0285
14182605       +EDI: CRFRSTNA.COM Dec 15 2018 07:53:00      CREDIT FIRST NATIONAL ASSOC,    6275 EASTLAND RD,
                 BROOKPARK, OH 44142-1399
14182604       +EDI: CRFRSTNA.COM Dec 15 2018 07:53:00      CREDIT FIRST NATIONAL ASSOC,
                 ATTN: BK CREDIT OPERATIONS,    PO BOX 81315,    CLEVELAND, OH 44181-0315
14182606       +EDI: NAVIENTFKASMDOE.COM Dec 15 2018 07:53:00      DEPT OF ED / NAVIENT,    PO BOX 9635,
                 WILKES BARRE, PA 18773-9635
14189096       +E-mail/Text: duffyk@co.delaware.pa.us Dec 15 2018 03:04:00     Delaware County Tax Claim Bureau,
                 Government Center Building,    201 W. Front Street,    Media, PA 19063-2708
14182616        E-mail/Text: shawnaj@fmfcu.org Dec 15 2018 03:02:25     FRANKLIN MINT FEDERAL CREDIT UNION,
                 5 HILLMAN DR STE 100,    CHADDS FORD, PA 19317
14182613        E-mail/Text: shawnaj@fmfcu.org Dec 15 2018 03:02:25     FRANKLIN MINT FEDERAL CREDIT UNION,
                 ATTN: BANKRUPTCY,   5 HILLMAN DR STE 100,    CHADDS FORD, PA 19317
14182622       +EDI: IIC9.COM Dec 15 2018 07:53:00      I C SYSTEM INC,    PO BOX 64378,
                 SAINT PAUL, MN 55164-0378
14182621       +EDI: IIC9.COM Dec 15 2018 07:53:00      I C SYSTEM INC,    444 HIGHWAY 96 EAST,    P.O. BOX 64378,
                 ST. PAUL, MN 55164-0378
14182626       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 15 2018 03:02:34     PECO,
                 2301 Market Street, N3-1,   Philadelphia, PA 19103-1380
14182629       +EDI: DRIV.COM Dec 15 2018 07:53:00      SANTANDER CONSUMER USA,    ATTN: BANKRUPTCY,
                 PO BOX 961245,   FORT WORTH, TX 76161-0244
14182630       +EDI: DRIV.COM Dec 15 2018 07:53:00      SANTANDER CONSUMER USA,    PO BOX 961245,
                 FT WORTH, TX 76161-0244
14182631       +EDI: RMSC.COM Dec 15 2018 07:53:00      SYNCHRONY BANK/WALMART,    ATTN: BANKRUPTCY DEPT,
                 PO BOX 965060,   ORLANDO, FL 32896-5060
14182632       +EDI: RMSC.COM Dec 15 2018 07:53:00      SYNCHRONY BANK/WALMART,    PO BOX 965024,
                 ORLANDO, FL 32896-5024
14182634       +EDI: ECMC.COM Dec 15 2018 07:53:00      US DEPT OF EDUCATION,    ATTN: BANKRUPTCY,    PO BOX 16448,
                 SAINT PAUL, MN 55116-0448
14182641       +EDI: VERIZONCOMB.COM Dec 15 2018 07:53:00      VERIZON,   PO BOX 650584,    DALLAS, TX 75265-0584
14182640       +EDI: VERIZONCOMB.COM Dec 15 2018 07:53:00      VERIZON,   VERIZON WIRELESS BK ADMIN,
                 500 TECHNOLOGY DR STE 550,    WELDON SPRINGS, MO 63304-2225
                                                                                              TOTAL: 23
```

```
District/off: 0313-2          User: admin              Page 2 of 2             Date Rcvd: Dec 14, 2018
                              Form ID: 318             Total Noticed: 40


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14182624          LYCOMING CLG
14182625          LYCOMING COLLEGE
14182599*        +AES/ST FNDNG,    POB 61047,    HARRISBURG, PA 17106-1047
14182597*        +AES/ST FNDNG,    ATTN: BANKRUPTCY,    PO BOX 2461,    HARRISBURG, PA 17105-2461
14182608*        +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
14182610*        +FEDLOAN SERVICING,    ATTN: BANKRUPTCY,    PO BOX 69184,    HARRISBURG, PA 17106-9184
14182612*        +FEDLOAN SERVICING,    PO BOX 60610,    HARRISBURG, PA 17106-0610
14182617*       ++FRANKLIN MINT FCU SHAWNA JONOVIC,    ATTN CREDIT SOLUTIONS,    5 HILLMAN DRIVE,    SUITE 100,
                   CHADDS FORD PA 19317-9752
                 (address filed with court: FRANKLIN MINT FEDERAL CREDIT UNION,    5 HILLMAN DR STE 100,
                   CHADDS FORD, PA 19317)
14182618*       ++FRANKLIN MINT FCU SHAWNA JONOVIC,    ATTN CREDIT SOLUTIONS,    5 HILLMAN DRIVE,    SUITE 100,
                   CHADDS FORD PA 19317-9752
                 (address filed with court: FRANKLIN MINT FEDERAL CREDIT UNION,    5 HILLMAN DR STE 100,
                   CHADDS FORD, PA 19317)
14182614*       ++FRANKLIN MINT FCU SHAWNA JONOVIC,    ATTN CREDIT SOLUTIONS,    5 HILLMAN DRIVE,    SUITE 100,
                   CHADDS FORD PA 19317-9752
                 (address filed with court: FRANKLIN MINT FEDERAL CREDIT UNION,    ATTN: BANKRUPTCY,
                   5 HILLMAN DR STE 100,    CHADDS FORD, PA 19317)
14182615*       ++FRANKLIN MINT FCU SHAWNA JONOVIC,    ATTN CREDIT SOLUTIONS,    5 HILLMAN DRIVE,    SUITE 100,
                   CHADDS FORD PA 19317-9752
                 (address filed with court: FRANKLIN MINT FEDERAL CREDIT UNION,    ATTN: BANKRUPTCY,
                   5 HILLMAN DR STE 100,    CHADDS FORD, PA 19317)
14182638*        +US DEPT OF EDUCATION,    PO BOX 5609,    GREENVILLE, TX 75403-5609
14182639*        +US DEPT OF EDUCATION,    PO BOX 5609,    GREENVILLE, TX 75403-5609
14182635*        +US DEPT OF EDUCATION,    ATTN: BANKRUPTCY,    PO BOX 16448,    SAINT PAUL, MN 55116-0448
14182636*        +US DEPT OF EDUCATION,    ATTN: BANKRUPTCY,    PO BOX 16448,    SAINT PAUL, MN 55116-0448
                                                                                            TOTALS: 2, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Shakanda  Jimenez bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau
               steve@bottiglierilaw.com, ecfnotice@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Shakanda Jimenez** | Social Security number or ITIN **xxx−xx−7790** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **18−15449−amc**

# Order of Discharge                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shakanda Jimenez

12/13/18                                                                   **By the court:**   <u>Ashely M. Chan</u>
                                                                                              United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**