United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shakanda Jimenez  
    Debtor

Case No. 18-15449-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Dec 21, 2018  
                   Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.  
db          +Shakanda Jimenez,    9 Deborah Avenue,    New Castle, DE 19720-3435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: megan.harper@phila.gov Dec 22 2018 03:52:20     City of Philadelphia,  
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,  
               Philadelphia, PA    19102-1595  
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2018 03:51:23  
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,  
               Harrisburg, PA    17128-0946  
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2018 03:52:08     U.S. Attorney Office,  
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
cr          +E-mail/Text: duffyk@co.delaware.pa.us Dec 22 2018 03:52:48     Delaware County Tax Claim Bureau,  
               Government Center,    201 W. Front Street,    Media, PA 19063-2708  
                                                                                   TOTAL: 4

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2018 at the address(es) listed below:  
        KEVIN G. MCDONALD    on behalf of Creditor     FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  
        MICHAEL H KALINER     mhkaliner@gmail.com,    pa35@ecfcbis.com  
        MICHAEL H KALINER     on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,    pa35@ecfcbis.com  
        STEPHEN MATTHEW DUNNE    on behalf of Debtor Shakanda    Jimenez bestcasestephen@gmail.com,    dunnesr74587@notify.bestcase.com  
        STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau    steve@bottiglierilaw.com,    ecfnotice@comcast.net  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                      TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shakanda Jimenez<br>               Debtor | CHAPTER 7 |
| FREEDOM MORTGAGE CORPORATION<br>               Movant<br>vs. | NO. 18-15449 AMC |
| Shakanda Jimenez<br>               Debtor | 11 U.S.C. Section 362 |
| Michael H. Kaliner Esq.<br>               Trustee | |

## ORDER

AND NOW, this ___ day of ___, 2018 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 312 South 6th Street AKA 312 6th Street, Darby, PA 19023 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge.